IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ROSEMARY LEVERETT, etc.,            )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )     CIVIL ACTION NO.
                                    )     3:06cv128-MHT
                                    )
MERCK & CO., INC., etc.,            )
et al.,                             )
                                    )
     Defendants.                    )

ORDER

This lawsuit, which was removed from state to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332, 1441, is now before the court on plaintiff's motion to remand. The court agrees with plaintiff that this case should be remanded to state court. First, there has not been fraudulent joinder of any resident defendant (that is, plaintiff has colorable claims against such a defendant), see Coker v. Amoco Oil Co., 709 F.2d 1433, 1440 (11th Cir. 1983); Cabalceta v.



PLAINTIFF'S EXHIBIT 7

Standard Fruit Co., 883 F.2d 1553, 1561 (11th Cir. 1989). Second, there has not been fraudulent misjoinder of any resident defendant (that is, plaintiff has reasonably joined such a defendant with other defendants pursuant to Rule 20 of the Federal Rules of Civil Procedure), see Tapscott v. MS Dealer Service Corp., 77 F.3d 1353, 1360 (11th Cir. 1996).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to remand (doc. no. 1) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Tallapoosa County, Alabama, for want of subject-matter jurisdiction.

It is further ORDERED that the motion to stay (Doc. No. 9) is denied.

It is further ORDERED that all other outstanding motions are left for disposition by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 15th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE



We dedicate ourselves to humanity's quest for longer, healthier, happier lives through innovation in pharmaceutical, consumer and animal health products.

Site Map | Privacy

Search Pfizer.com





Find a Career at Pfizer
- Working for Pfizer Pharmaceutical Sales
  - Training & Development
  - An Average Day
  - Benefits & Compensation

Pfizer Pharmaceutical Sales Home
Careers Home
Back to Pfizer.com

# Working for Pharmaceutical Sales

## An Average Day

Home > Working for Pfizer Pharmaceutical Sales > **An Average Day**

When you join Pfizer's U.S. Pharmaceuticals sales force, you become a member of an elite group. As a Health Care Representative, you'll be selling to one of the highest paid, best educated groups of professionals in the United States - physicians:

- Health Care Representatives routinely make eight to ten calls to physicians and three to four presentations to key hospital personnel on any given day.

- Although approximately 80 percent of your time will be spent selling to physicians, you'll also probably have the opportunity to plan medical speaker programs and/or educational sessions for the medical community.

- You'll spend approximately fifteen percent of your time calling on those in a position to administer, distribute or purchase the products, such as nursing staff, purchasing agents, and managed care administrators.

- During the remaining five percent of your time you'll be managing and planning promotional activities for your territory.



### On The Front Line

"I work hard to be a partner with the physicians I call on. Delivering the most current information on new products and new indications is critical. I host managed care seminars and continuing education programs for physicians and pharmacists to help keep my clients up to date. They've come to count on me to help them find solutions."

Copyright © 2002-2005 Pfizer Inc. All rights reserved | Terms of Use

The product information provided in this site is intended only for residents of the United States. The products discussed herein may have different product labeling in different countries.

Pfizer Inc is a pharmaceutical company committed to helping people improve their health by discovering and developing medicines





PLAINTIFF'S EXHIBIT 8