BEXTRA (07/31/02)--Rx. 20 mg mostly.

BEXTRA (07/31/02)--Rx. 20 mg mostly.

BEXTRA (07/31/02)--Rx. 20 mg mostly.

CELEBREX (07/31/02)--White Paper-Thrombogenic Events are not a COX-2 Class Effect.

CELEBREX (07/31/02)--White Paper-Thrombogenic Events are not a COX-2 Class Effect.

CELEBREX (07/31/02)--White Paper-Thrombogenic Events are not a COX-2 Class Effect.

BEXTRA (05/28/02)--appears to be doing well in patients.

BEXTRA (05/28/02)--appears to be doing well in patients.

CELEBREX (05/28/02)--says continues to be 1st Line before Vioxx.

CELEBREX (05/28/02)--says continues to be 1st Line before Vioxx.

CELEBREX (06/11/02)--Dinner @ Mikata's.  NSAIDs & Fracture Healing.

CELEBREX (06/11/02)--Dinner @ Mikata's.  NSAIDs & Fracture Healing.

CELEBREX (07/17/02)--Fast/Effective/Safe.  W/OMAC--improvements in patient fx. enhances patient QOL.

CELEBREX (07/17/02)--Fast/Effective/Safe.  W/OMAC--improvements in patient fx. enhances patient QOL.

PLAINTIFF'S
EXHIBIT
9
tabbies