therapy to achieve optimum treatment results.

in to say v is safe before the news.  He did refer to canada study but also to the positive statement

in to say v is safe before the news.  He did refer to canada study but also to the positive statement

we discussed ray article and cv safety.  he questioned it and I clarified and closed.

we discussed b onset and safety.  I thanked him for using b and c first line and included some shortcuts to using medicaid pa process.

Get more B business.

Get more B business.

He was writing a lot of bextra when I was there.  It was great. [REDACTED - OTHER PRODUCT] I have earned the right.

arthritis is inflammmatory;  but tylenol especially if arthritis is degenerative.  Interesti

arthritis is inflammmatory;  but tylenol especially if arthritis is degenerative.  Interesti

arthritis is inflammmatory;  but tylenol especially if arthritis is degenerative.  Interesti

[REDACTED - OTHER PRODUCT].

information on c and pck insert change.  also, amanda nurse is updated now.

celebrex vs. nap and ibuprofen.  he is using a few more otc.  but this is only for short term use.

celebrex vs. nap and ibuprofen.  he is using a few more otc.  but this is only for short term use.

CtB updates.  He agreed to use c.  Also, cssi information. C\win vs. tylenol.

Ncxt compare and win vs. tylenol. [REDACTED - OTHER PRODUCT].

prescribes c and b as long as pt. follow directions.

Still using c and b. [REDACTED - OTHER PRODUCT]

B white articlc and c vs. mobic.

Mcdonald plus presskorn.

gi mucosal breaks and cover v data next.

Covered presskorn.  Quick hit on[REDACTED - OTHER PRODUCT]

Share Mandani next.

get vioxx, [REDACTED - OTHER PRODUCT] and celexa business.

He talked for a long time.   We shared chan w/ him and discussed [REDACTED - OTHER PRODUCT] benefits over lexapro.

He talked for a long time.   We shared chan w/ him and discussed [REDACTED - OTHER PRODUCT] benefits over lexapro.

ankle sprain and more dff info.

follow up on slim jim w/ compliance page.

follow up on slim jim w/ compliance page.

mak and chan were used.  follow up.

went to tcu. discussed b vx. v.

PLAINTIFF'S
EXHIBIT
10