share with him a new cox 2 study each time and [REDACTED - OTHER PRODUCT] get him fired up about the formulary.

He was very nice. He enjoyed makarowski. I will review dicloxacillin/nafcillin study.

information on c dosing and asa pt.

Very app. of all nsaids, but still using c.

vanc. or for bactrum failures.

Back to c and b. Continue w weigeit next.

cox 2 teleconference follow up along w/ information about[REDACTED - OTHER PRODUCT] and ease of administration.

cox 2 teleconference follow up along w/ information about[REDACTED - OTHER PRODUCT] and ease of administration.

discussed white article and comparison of c to nap and proof that cv issues are not class effects.

b onset. also discuss si next.

b access and efficacy. safety w/ gold.

Dicsnssed 5 day discharge and mak w/ bcbs access message.

C vs. ibu.

[REDACTED - OTHER PRODUCT] plus b onset.

share c cam next.

Left neng.

Cap. cam or ibu pt.

cap cam again.

led w/ [REDACTED - FOREIGN] to preserve bcbs business.

[REDACTED - OTHER PRODUCT] Now share Mcdonald with mobic. This should help.

Follow up on makarowski[REDACTED - OTHER PRODUCT]

Leave another bextra reprint, whelton, and i shared zoloft poa message. I also mentioned b and celebrex medicaid.

Leave another bextra reprint, whelton, and i shared zoloft poa message. I also mentioned b and celebrex medicaid.

[REDACTED - OTHER PRODUCT]

[REDACTED - OTHER PRODUCT]

Just used[REDACTED - OTHER PRODUCT] Follow up w/ Parodi.

He sent a pt. home on[REDACTED - OTHER PRODUCT] during respiratory season. He will always send a pt. home. find out if he will start in hospital.

[REDACTED - OTHER PRODUCT]

PLAINTIFF'S
EXHIBIT