we discussed gi benefits of c and b. we also discussed information on n/ppi pt. type. compare and win vs. mobic including mcdonald article. C and b updates. Also pt. types.

c and b updates w/ pt. types. clarified questions. they are doing a thorough job of educating pts. recommended doses.

Palmer article and c refill rate.

[REDACTED - OTHER PRODUCT] also b cbg trial clarification. they are still on board but want to remain credible w/ pts. follow up w/ ther. dose lead in. we discussed coupon offer. he wants a new hard copy of the pdr's. we discussed cv safety and benefits over mobic along w/ refill rate and efficacy.

Very interested in any new cox-2 info. we discussed the impact of v events.

We discussed gimbel due to false info merck gave him.

Stressed p pack and b eff. Give pt. the best med 1st to prevent pt. switch.

Cv benefits of asp cel plus. n b over a cel. b switch next.

Asp. z cost.

Uses c 400. does gimbel on pt.

Followed up on preceptorship.

share orthor slim jim next.

He was very interested in makarowski. He was going to TSU game as well.

[REDACTED - OTHER PRODUCT]

I tried to made it sound like it made great sense even though I have called on him for 3 years with celebrex.

I tried to made it sound like it made great sense even though I have called on him for 3 years with celebrex.

nap. and I will continue to stress that there was only 1 bad c study.

more of a stir in orthopedics than any other specialty.

Mention b ons. Also get more nap business w gold.

Keep getting n refill rate.

C vs nap.

nsaid target. discussed cv benefits of the aspirin patients

Continued ors jim.

closed and presented gimbel. slappendal next.

Follow up on p. 3-4

and we discussed this. He also did his training in mobile. I left cuff video with him. I will share

and we discussed this. He also did his training in mobile. I left cuff video with him. I will share

PLAINTIFF'S EXHIBIT 12