Please send data on Bextra vs. Vioxx.

CELEBREX (07/17/02)--WOMAC-improvement in patient fx. enhances patient QOL.
CELEBREX (07/17/02)--WOMAC-improvement in patient fx. enhances patient QOL.
CELEBREX (05/08/02)--Unsurpassed Efficacy & Safety in Arthritis Pain w/ Celebrex 200 mg QD.
CELEBREX (05/08/02)--Unsurpassed Efficacy & Safety in Arthritis Pain w/ Celebrex 200 mg QD.
BEXTRA (05/08/02)--Unsurpassed Efficacy & Safety in Arthritis Pain w/ Bextra 10 mg QD.
BEXTRA (05/08/02)--Unsurpassed Efficacy & Safety in Arthritis Pain w/ Bextra 10 mg QD.
CELEBREX (07/03/02)--Works Fast. Works Hard. Safe.
CELEBREX (07/03/02)--Works Fast. Works Hard. Safe.
BEXTRA (07/03/02)--Works Fast. Works Hard. Safe.
BEXTRA (07/03/02)--Works Fast. Works Hard. Safe.
CELEBREX (06/25/02)--Knock Out Pain Fast.
CELEBREX (06/25/02)--Knock Out Pain Fast.
BEXTRA (06/25/02)--Knock Out Pain Fast.
BEXTRA (06/25/02)--Knock Out Pain Fast.

illustrate a significant difference in efficacy/safety. 2) File cards are a great way of getting information
illustrate a significant difference in efficacy/safety. 2) File cards are a great way of getting information
illustrate a significant difference in efficacy/safety. 2) File cards are a great way of getting information

BEXTRA (02/27/02)--wants more samples-says Rx.
BEXTRA (02/27/02)--wants more samples-says Rx.
CELEBREX (02/27/02)--Thanks for Rx. for Pain.
CELEBREX (02/27/02)--Thanks for Rx. for Pain.
CELEBREX (04/24/02)--provides Narcotic-Like Pain Relief w/o the Narcotic-Type SEs.
CELEBREX (04/24/02)--provides Narcotic-Like Pain Relief w/o the Narcotic-Type SEs.
CELEBREX (04/24/02)--provides Narcotic-Like Pain Relief w/o the Narcotic-Type SEs.

PLAINTIFF'S EXHIBIT 13