will use [REDACTED - OTHER PRODUCT] for dfl based on access plus she will use. cv b next time.

will use [REDACTED - OTHER PRODUCT] for dfl based on access plus she will use, cv b next time.

continue w/ capsule cam thought.

follow up on slim jim p. 3

Keep showing her the[REDACTED - OTHER PRODUCT] and cox 2 messages. and new studies.

Keep showing her the[REDACTED - OTHER PRODUCT] and cox 2 messages. and new studies.

[REDACTED - OTHER PRODUCT]

we discussed new c label. compare and win to older nsaids.

she is using more cand will continue to after gold discussion. also, follow up on[REDACTED - OTHER PRODUCT]dep video and c acute pain potential.

goldstein article and also continue w/ acs statement.

we discussed c and b pt. types in thorough detail. we also did follow up from the ferrell program.

and fort rucker.

we discussed rsvp hotline and b and c cv safety information.

[REDACTED - OTHER PRODUCT] small jim along w/ b onset and access. she will use more b.

[REDACTED - OTHER PRODUCT] along w/ b vs. v.

found her a [REDACTED - OTHER PRODUCT] patient. follow up on this and b onset.

will use b. com. new staff chantel and stephanie.

She doesn't accept medicaid. Mention bextra preferred on united healthcare next time. She loads w/ 20 mg. Share mandani and presskorn next.

She doesn't accept medicaid. Mention bextra preferred on united healthcare next time. She loads w/ 20 mg. Share mandani and presskorn next.

i shared new poa message with her

message or benefits over[REDACTED - OTHER PRODUCT]

went to tsu in dothan for crnp. super nice. but very quiet.

white article relating to bextra.

we discussed sample situation in light of recent vioxx removal.

PLAINTIFF'S
EXHIBIT
14