CELEBREX (04/30/02)--OA Knee Pain vs. Vioxx & Placebo-trend toward better efficacy w/ Celebrex 200 mg QD vs. Vioxx 25 mg QD.

CELEBREX (04/30/02)--OA Knee Pain vs. Vioxx & Placebo-trend toward better efficacy w/ Celebrex 200 mg QD vs. Vioxx 25 mg QD.

CELEBREX (04/02/02)--says GI Speaker did a great job of promoting safety of Celebrex.

CELEBREX (04/02/02)--says GI Speaker did a great job of promoting safety of Celebrex.

rupture).

rupture).

CELEBREX (06/19/02)--Ankle Sprain Data-patients on Celebrex 200 mg BID get back to normal fx. 1 day faster than patients on Ibuprophen 200 mg BID.

CELEBREX (06/19/02)--Ankle Sprain Data-patients on Celebrex 200 mg BID get back to normal fx. 1 day faster than patients on Ibuprophen 200 mg BID.

Bextra 20, wants scrip pads for surgery, did not know bextra was substituted at med center

PLAINTIFF'S
EXHIBIT
15