b and c onset. also stock bottles. check on coupon use next.

b and c coupon along w/ cv adv piece. we discussed access to bcbs federal also.

Gol and cssi.

gold plus follow up to his tv appearance.

we discussed b and c onset. we will also discuss gi and cv kit for speaking.

B vs. v. p g in ors next.

has a 16 year old and a 13 year old.

Reinforce Mcdonald and show c cam.

will observe a discectomy or other procedure soon. schedule w/ carla and follow up.

Get asprin patient type next.

show sprained ankle data.

get mobic and vioxx business. bextra is first and v number 2 and cel number 3

He was so nice. I will just try to get more time with him.

goldstein article w/ gi benefts. also[REDACTED - OTHER PRODUCT] access.

He was very interested in Ft. Rucker pts. [REDACTED - OTHER PRODUCT] We briefly discussed u share and bcbs.

He is writing tons of vioxx and mobic. [REDACTED - OTHER PRODUCT]

idsa and sanford guide.

we discussed rsvp and efficacy over vanc. he agreed w/ this. we also discussed c and b and gi safety. he agreed to keep using.

[REDACTED - OTHER PRODUCT]Also whelton article to clarify recent media info on c and b.

steal the bus from v at each lunch. [REDACTED - OTHER PRODUCT]

Share Mcd and presskorn next.

Share Mak next and capsule cam info.

Share Mak next and capsule cam info.

2's. Cindy his nurse is so nice and we talked for a long time. Cindy's daughter lives in N

2's. Cindy his nurse is so nice and we talked for a long time. Cindy's daughter lives in N

cindy was so interested in mak. I mentioned benefits of z over paxil and lex.

C.b safety update. They initiate a lot of pt. edu.

PLAINTIFF'S
EXHIBIT
16