Still using a lot of c and b. Very appreciative of updates.

follow up w/ updated cox2 teleconference slides.

follow up w/ updated cox2 teleconference slides.

C talking points.

round table invite along w/ information on teleconference. he will conduct a specialist round table.

white article, whelton, and palmer article. we clarified cabg and he agreed c and b were still very safe.

is still on board w c and b. dod and tr. access. Follow up w he and Genice.

Will use b and c first line. He is aware of v data.

follow up to speaker program. he is prepared w/ cv adv and new article

[REDACTED - OTHER PRODUCT]. also mob wants more acr data. also left cv slides.

follow up on southern clinic dates.

get more time w/ him. ask about preference and which types of pain he uses bextra and cel for.

get more time w/ him. ask about preference and which types of pain he uses bextra and cel for.

He was concerned about [REDACTED - OTHER PRODUCT] medicaid and thanked me for the samples. Follow up on makarowski article.

He was concerned about [REDACTED - OTHER PRODUCT] medicaid and thanked me for the samples. Follow up on makarowski article.

[REDACTED - OTHER PRODUCT] and follow up on makarowski.

discussed cost benefits over mobic. to be discussed each time and pain pack until his writing habits change. I asked for the business and he said yes.

needs a strong anti-mobic message.

Leave Mcdonald study.

celebrex to be clinically safer and I will use POA message. He is pretty nice.

celebrex to be clinically safer and I will use POA message. He is pretty nice.

He didn't give me too much time today. I did stress efficacy and will next time stress efficacy over naprosyn and possibly present chan article.

Polite but rushed. left lancet.

P pac. mc. next.

share macdonald w/ him and nurses a few times. also share capsule cam.

has been initiating[REDACTED - OTHER PRODUCT] therapy before cultures are obtained. agrees to continue use to save lives during pneumo season.

Kolleff and wunderink along w in touch cme. send inquiry.

superiority data.

shared kolleff and he mentioned the reprint he read in the may issue of chest.

PLAINTIFF'S EXHIBIT 17