| | |
|---|---|
| follow up from cv slides. | |
| [REDACTED - OTHER PRODUCT] use and new simon white teleconference. | |
| C talking points and mob price. | |
| likely open up prescribing habits to pulmonary. we also discussed info on tissue concentrations and I addresse | |
| [REDACTED - OTHER PRODUCT] | |
| [REDACTED - OTHER PRODUCT] | |
| | |
| She is about 7 months pregnant now. She was in a rush and I will call on her again in 2 weeks. | |
| | |
| Follow up on blue cme. | |
| | |
| narc toxicity and also, pa scheduling. a vore for aug 9 to discuss pa business. | |
| Pa society and slides. sandra, gabe-3. also b onset. | |
| [REDACTED - OTHER PRODUCT] we discussed acces for [REDACTED - OTHER PRODUCT] and for the cox 2's. Continue b onset info. | |
| [REDACTED - OTHER PRODUCT] we discussed acces for [REDACTED - OTHER PRODUCT] and for the cox 2's. Continue b onset info. | |
| shared onset, show second spread. | |
| | |
| shared gimbel. | |
| from andalusia, fav. surgery is a total hip. | |
| Uses P pack for steroid injections. Follow up. | |
| Remind of p. 3 | |
| He said that vioxx people were saying that bextra has a short half life. We addressed this well and I will follow up with ray study. | |
| I let him know that C for tumor reduction article is coming to him. He will also attend Gudin program in Feb. His patients are doing well on products | |
| him information. Benefits of C and B are dosing at supratherapeutic levels. | |
| acute pain dosing and information on c for acute pain or flare. | |
| follow up w/ c and win information | |
| we discussed new indication and pi change. benefit since c is the first to acheve new label. also, mobic compare and win w/ dosing. | |
| he and hall are using a lot of c first line. we discussed narc toxicity and gimbel and ben of c. they will continue strong use of c. | |
| c vs. ibu and compare and win . he agreed to use more and is very much on board. | |
| we discussed complicated pt. type. this including assessing the risk w/ asa for gi and cv. compared to other nsaid choices. | |
| new nsaid labeling and I will follow up from the pa society meeting. | |

PLAINTIFF'S EXHIBIT 18