Difficult to probe very quiet but glad to see me and a pleasant man.
Practiced in michigan, grew up in Korea has a 27 year old daughter, and a son.
We discussed Mandani study. He prefers c and b to v or m.
ask what he thinks of it. He does not typically treat depression.

following up w/ goldstein. pts. are steadily using more c.

goldstein.
Cel vs. nap. follow up on rheum backgrounder.

c vs. ibu compare and win.

agrees w/ tremendous gi benefits esp for chronic use.
increasing his level of satisfaction w c and b despite media coverage of apc trials.
Latest c/b information.
new c and b update.
bextra pt. type. next follow up from dinner. also stress white once more.
B dosing And pt. type  Also flaring pain pt. type.  They agreed to use coupons.
c and b clarification of news information including white article.
pt. education sheet and cv advantage kit.
Follow up w pre plus gold.
B vs v.  He still uses c 1st.
Cv plus fewer gi.  agreed. continue b mess. w onset.
family hasn't moved here yet.  he is now in speaker database.
Share chan next. 1 followed up on Mak.

Leave him a[REDACTED - OTHER PRODUCT]article if possible.  Becky up front.

PLAINTIFF'S EXHIBIT 20