celebrex gi safety data and how superior it is to vioxx.

cel as well. Donna, Deborah, and Earline the nurse were there today.

We discussed c and b benefits w safety information. [REDACTED - OTHER PRODUCT]

clarified cabg trials and discussed white thr. article.

[REDACTED - OTHER PRODUCT] cssi ahd bp.

N c cam combination plus dfi.

Shared c cam. [REDACTED - OTHER PRODUCT]. Submit med inquiry.

[REDACTED - OTHER PRODUCT]

[REDACTED - OTHER PRODUCT]

shared capsule cam info and z over lex

b fastest onset of action he agrees.

Ask diff between ibu and B

[REDACTED - OTHER PRODUCT]. He also likes or cox 2 portfolio due to efficacy.

[REDACTED - OTHER PRODUCT] He also likes or cox 2 portfolio due to efficacy.

[REDACTED - OTHER PRODUCT].

I will next discuss cruciani w/ he and jackie sumner and follow up on cost anal.

[REDACTED - OTHER PRODUCT] Also b and c formulary help.

New ats/idsa guidelines.   He has begun empiric use.

I discussed the latest w/ c and b.  [REDACTED - OTHER PRODUCT]  he agreed to use first line.  follow up w/ 48 hour stop.

She typically writes [REDACTED - OTHER PRODUCT] first line.  The Hurried Woman program aided in this.

PLAINTIFF'S
EXHIBIT
21