I will continue to stress pt types that will most benefit from c and b.

I will continue to stress pt types that will most benefit from c and b.

Updates on all products.

[REDACTED - OTHER PRODUCT] Get all bcbs business.  also v switch follow up in light of bad press.

Cou. plus rsch.

B coupon target. mcdonald leave behind.  Also[REDACTED - OTHER PRODUCT] gi,

Keep w/ Mcdonald.

Share whelton again.  Also share Fava

[REDACTED - OTHER PRODUCT]

She always says hi to me which is something else.

Kids adopted.  present walker and camu and rey.

on bextra.  I referred to cabg trials because he likes reps to be up front.  He wanted to know if I

on bextra.  I referred to cabg trials because he likes reps to be up front.  He wanted to know if I

b onset and gold.

B onset.

Follow up on S

Get asp. business.

Follow up w/ Gimbel.

together may not get the benefit of aspirin therapy.

Emphasize Gimbel on slim jim.

Present whelton or ray.

no preference between the cox 2 inhibitors.  I will continue to stress benefits over vioxx respectful

no preference between the cox 2 inhibitors.  I will continue to stress benefits over vioxx respectful

His patients are doing well on bextra.  They seem to tolerate it more.  This led to Makarowski article.

Likes B20mg.  Stress safety in loading dose once again.  He does load with C.

left ray behind and presented celebrex capsule,

left ray behind and presented celebrex capsule,

also data on gi safety including bleeding rates.

follow up on gi hemmorhage rates that I left him.

PLAINTIFF'S
EXHIBIT
22