| |
|---|
| handled mobic objection and showed him ray article. he agrees that the cv dangers of vioxx has been around for years. |
| leave mc again along w/ access message. he appreciated medicaid prior auth process. |
| Continued to get mob business. |
| get mob and lex business. |
| Get more time w/ him and maybe lead w/ [REDACTED - OTHER PRODUCT] |
| |
| His day was going terrible. I just left behind McDonald study. Follow up on products. |
| OTHER PRODUCT] poa message. |
| he agreed to use celebrex in pt types. we discussed change to package insert and information on nsaid market. |
| he agreed to use celebrex in pt types. we discussed change to package insert and information on nsaid market. |
| c vs. mobic.  he agreed to use more celebrex.  also[REDACTED - OTHER PRODUCT] |
| c vs. mobic.  he agreed to use more celebrex.  also[REDACTED - OTHER PRODUCT] |
| Compare and win vs. mobic.  Closed w pt. types. |
| ludicrous suggestions and I got his committment. |
| White article and pt. ed. |
| C vs. N refill.  also cssi data.  [REDACTED - OTHER PRODUCT] |
| Cou. c. refill |
| Agreed with Mcdonald and closed hard on press. |
| Man. again. [REDACTED - OTHER PRODUCT] |
| discuss chan next and presskorn reminder |
| shared presskorn quickly, will share again along w/ capsule cam. |
| [REDACTED - OTHER PRODUCT] He was rushed but nice. |
| He was very nice.  He listened to bextra to celebrex and[REDACTED - OTHER PRODUCT]. |
| He was very nice.  He listened to bextra to celebrex and[REDACTED - OTHER PRODUCT]. |
| He is from Canada.  Nurse is Glenda. [REDACTED - OTHER PRODUCT] |
| He is from Canada.  Nurse is Glenda. [REDACTED - OTHER PRODUCT] |
| |
| she will continue to use c and b and not switch to mobic. |
| she will continue to use c and b and not switch to mobic. |
| very supportive of b due to onset. [REDACTED - OTHER PRODUCT] |

PLAINTIFF'S EXHIBIT 23