| |
|---|
| win. he seemed agreeable. |
| win. he seemed agreeable. |
| |
| please send supriority data on VAP |
| |
| Follow up on preceptorship. |
| said that the cardiologists think cv is a class effect. We discussed ray study and p insert of vioxx change. He agreed. |
| b onset and cv safety. [REDACTED - OTHER PRODUCT] |
| b onset and cv safety. [REDACTED - OTHER PRODUCT] |
| [REDACTED - OTHER PRODUCT] He also agreed to use b first line. |
| His day was going bad. I mentioned products I left him. Follow up! |
| had very little time to cover[REDACTED - OTHER PRODUCT] He was very rushed. Did listen with interest as we reviewed makarowski. |
| c update including sample palcement. |
| indicating that vac penetration is poor. |
| c vs. ibu this includes risk ratio.  also, information on cv teleconferences.  he will log onto these.  he has slides. [REDACTED - OTHER PRODUCT] |
| pt. education sheets. also follow up from beretta program. |
| c and b updates.  he agreed w/ pt. type. including coumadin and asa pt. [REDACTED - OTHER PRODUCT] |
| Follow up on simkin.  Also next do formulary reminder. |
| White article and copy. [REDACTED - OTHER PRODUCT] I answered his ? |
| Cssi dfi plus b data. |
| Cssi dfi plus b data. |
| [REDACTED - OTHER PRODUCT] |
| Follow up on program. |
| leave ray study at next lunch. |
| presented ray.  he was in a rush. hi daughter takes [REDACTED - OTHER PRODUCT]. |

PLAINTIFF'S EXHIBIT 24