leave behinds.  I will follow up w/ this info.  He was pretty busy.

leave behinds.  I will follow up w/ this info.  He was pretty busy.

He is high on effexor and naproxyn  Present chan and get benefits over eff. and paxil.

acute pain dosing.

c amd b updates.  also information on tricare access.

Follow up from program.  [REDACTED - OTHER PRODUCT] Also still prescribing a lot of c despite concerns.

pt. education sheets. also follow up from beretta program.  ask him what will it take to get him back on board with celebrex.

pt. education sheets. also follow up from beretta program.  ask him what will it take to get him back on board with celebrex.

very pleased w/ bextra and access.  [REDACTED - OTHER PRODUCT]

c and b update.  still uses but pts.  do have multiple questions.  [REDACTED - OTHER PRODUCT] message.  cotinue w/ survival data.

Weigelt article.  Stressed hospital pt type.  Stress nursing home pt. type and previous colonization pt. types.

He will participate in Lee and we discussed cme w/ cssi superiority benefits.  Discussed bcbs w/ gloria.

We discussed JF

He agreed and said b was taking the spotlight.

N mucos.[REDACTED - OTHER PRODUCT] for dfi  And bons.

he is dropping on c and going up on nap and ind.  share c cam over a lunch in ashford.

Get a little more v business.

Get effexor and ibuprofen business.   He was very nice and wanted to know how I was doing.  A great guy and I brought him breakfast today.

Get naprosyn and ibuprofen business. [REDACTED - OTHER PRODUCT]

chan article and he is still very supportive of c and b.

cv thrombotic events and cycling plans w/ he and ms. sullivan.

cv ad plus labor day.

mrsa and took[REDACTED - OTHER PRODUCT] himself. Also, we discussed [REDACTED - OTHER PRODUCT] medco access. and

PLAINTIFF'S
EXHIBIT
25