# EXHIBIT

# 5

## AFFIDAVIT OF ROBERT VANDELUNE

STATE OF ALABAMA )
)
COUNTY OF _Houston_ )

I, Robert Vandelune, under penalty of perjury, state as follows:

1.     I am over the age of eighteen years and am otherwise competent to make this affidavit. This affidavit is based upon my personal knowledge.

2.     I am currently employed as a pharmaceutical sales representative (also known as a "detailer") for Pfizer Inc ("Pfizer"). I have been employed by Pfizer as a detailer since 1985.

3.     As a detailer, I visit physicians and healthcare providers' offices and provide them FDA-approved package inserts and other FDA-approved information about Pfizer's products, which is referred to as "detailing." My job is to make the physician aware of certain of Pfizer's products, so that he or she can consider whether to prescribe them for particular patients.

4.     I am not a physician or pharmacist. I have no specialized medical or pharmacological education. The information and material I use to detail Pfizer's drugs is derived exclusively from education provided to me by Pfizer. Pfizer provides me with the FDA-approved package inserts and other FDA-approved information for the medications I detail. I have no involvement in the development

or preparation of package inserts for any drugs, and no control over content or other written warnings.

  5. As part of my job duties, I have detailed Celebrex® in the past. However, I do not know whether I visited with or provided any information about Celebrex® to plaintiff's prescribing physician because plaintiff has not identified him or her.

  6. At no time did I have any involvement with the design, manufacture, development or testing of the prescription medication Celebrex®, nor did I have any involvement in the FDA- approved package insert for Celebrex®.

  7. At no time did I ever sell, offer to sell, or take orders for the sale of Celebrex® to health care providers, physicians or patients.

  8. I have never made any presentations to the general public concerning Celebrex®.

  9. I have never met or spoken with the Plaintiff, Henry C. Morris.

ROBERT VANDELUNE

Before me, the undersigned Notary Public, came Robert Vandelune, who is known to me, and who first being duly sworn, deposed and stated that the averments of this affidavit are true and correct, and who executed this affidavit in my person and present with his hand and seal, on this the _14th_ day of ___April___, 2006.

2

(SEAL)



*Annette D. Pitts*
Notary Public
My Commission Expires: *10-17-2006*

3

## <u>AFFIDAVIT OF SAMUEL KLEMENT</u>

STATE OF ALABAMA

COUNTY OF <u>Houston</u>

I, Samuel Klement, under penalty of perjury, state as follows:

1.     I am over the age of eighteen years and am otherwise competent to make this affidavit. This affidavit is based upon my personal knowledge.

2.     I am currently employed as a pharmaceutical sales representative (also known as a "detailer") for Pfizer Inc ("Pfizer"). I have been employed by Pfizer as a detailer since 1983.

3.     As a detailer, I visit physicians and healthcare providers' offices and provide them FDA-approved package inserts and other FDA-approved information about Pfizer's products, which is referred to as "detailing." My job is to make the physician aware of certain of Pfizer's products, so that he or she can consider whether to prescribe them for particular patients.

4.     I am not a physician or pharmacist. I have no specialized medical or pharmacological education. The information and material I use to detail Pfizer's drugs is derived exclusively from education provided to me by Pfizer. Pfizer provides me with the FDA-approved package inserts and other FDA-approved information for the medications I detail. I have no involvement in the development

or preparation of package inserts for any drugs, and no control over content or other written warnings.

5.    As part of my job duties, I have detailed Celebrex® in the past. However, I do not know whether I visited with or provided any information about Celebrex® to plaintiff's prescribing physician because plaintiff has not identified him or her.

6.    At no time did I have any involvement with the design, manufacture, development or testing of the prescription medication Celebrex®, nor did I have any involvement in the FDA-approved package insert for Celebrex®.

7.    At no time did I ever sell, offer to sell, or take orders for the sale of Celebrex® to health care providers, physicians or patients.

8.    I have never made any presentations to the general public concerning Celebrex®.

9.    I have never met or spoken with the Plaintiff, Henry C. Morris.

SAMUEL KLEMENT

Before me, the undersigned Notary Public, came Samuel Klement, who is known to me, and who first being duly sworn, deposed and stated that the averments of this affidavit are true and correct, and who executed this affidavit in my person and present with his hand and seal, on this the _12_ day of _April_____, 2006.

2

Notary

Exp. 5, 10

## AFFIDAVIT OF JAMIE PEACOCK

STATE OF ALABAMA        )
                             )
COUNTY OF __Houston__    )

     I, Jamie Peacock, under penalty of perjury, state as follows:

     1.     I am over the age of eighteen years and am otherwise competent to make this affidavit. This affidavit is based upon my personal knowledge.

     2.     I was employed as a pharmaceutical sales representative (also known as a "detailer") for Pfizer Inc ("Pfizer") from 2003 to 2005.

     3.     As a detailer, I visited physicians and healthcare providers' offices and provide them FDA-approved package inserts and other FDA-approved information about Pfizer's products, which is referred to as "detailing." My job was to make the physician aware of certain of Pfizer's products, so that he or she can consider whether to prescribe them for particular patients.

     4.     I am not a physician or pharmacist. I have no specialized medical or pharmacological education. The information and material I used to detail Pfizer's drugs was derived exclusively from education provided to me by Pfizer. Pfizer provided me with the FDA-approved package inserts and other FDA-approved information for the medications I detailed during my employment with Pfizer. I had no involvement in the development or preparation of package inserts for any

drugs, and no control over content or other written warnings during my employment with Pfizer.

5.    As part of my job duties, I detailed Celebrex®. However, I do not know whether I visited with or provided any information about Celebrex® to plaintiff's prescribing physician because plaintiff has not identified him or her.

6.    At no time did I have any involvement with the design, manufacture, development or testing of the prescription medication Celebrex®, nor did I have any involvement in the FDA- approved package insert for Celebrex®.

7.    At no time did I ever sell, offer to sell, or take orders for the sale of Celebrex® to health care providers, physicians or patients.

8.    I have never made any presentations to the general public concerning Celebrex®.

9.    I have never met or spoken with the Plaintiff, Henry C. Morris.

_Jamie Peacock_

**JAMIE PEACOCK**


Before me, the undersigned Notary Public, came Jamie Peacock, who is known to me, and who first being duly sworn, deposed and stated that the averments of this affidavit are true and correct, and who executed this affidavit in my person and present with his hand and seal, on this the _17th_ day of _April_____, 2006.

_Sandra S. Shipman_

2

**(SEAL)**

Notary Public
My Commission Expires: <u>MY COMMISSION EXPIRES APRIL 29, 2008</u>



3

## AFFIDAVIT OF TIFFANY GUCKENBERG

STATE OF ALABAMA        )
                             )
COUNTY OF Houston       )

I, Tiffany Guckenberg, under penalty of perjury, state as follows:

1.      I am over the age of eighteen years and am otherwise competent to make this affidavit. This affidavit is based upon my personal knowledge.

2.      I am currently employed as a pharmaceutical sales representative (also known as a "detailer") for Pfize· Inc ("Pfizer"). I have been employed by Pfizer as a detailer since 2002.

3.      As a detailer, I visit physicians and healthcare providers' offices and provide them FDA-approved package inserts and other FDA-approved information about Pfizer's products, which is referred to as "detailing." My job is to make the physician aware of certain of Pfizer's products, so that he or she can consider whether to prescribe them for particular patients.

4.      I am not a physician or pharmacist. I have no specialized medical or pharmacological education. The information and material I use to detail Pfizer's drugs is derived exclusively from education provided to me by Pfizer. Pfizer provides me with the FDA-approved package inserts and other FDA-approved information for the medications I detail. I have no involvement in the development

or preparation of package inserts for any drugs, and no control over content or other written warnings.

5.    As part of my job duties, I have detailed Celebrex® in the past. However, I do not know whether I visited with or provided any information about Celebrex® to plaintiff's prescribing physician because plaintiff has not identified him or her.

6.    At no time did I have any involvement with the design, manufacture, development or testing of the prescription medication Celebrex®, nor did I have any involvement in the FDA- approved package insert for Celebrex®.

7.    At no time did I ever sell, offer to sell, or take orders for the sale of Celebrex® to health care providers, physicians or patients.

8.    I have never made any presentations to the general public concerning Celebrex®.

9.    I have never met or spoken with the Plaintiff, Henry C. Morris.

*Tiffany Guckenberg*

TIFFANY GUCKENBERG

Before me, the undersigned Notary Public, came Tiffany Guckenberg, who is known to me, and who first being duly sworn, deposed and stated that the averments of this affidavit are true and correct, and who executed this affidavit in my person and present with her hand and seal, on this the 17 day of __April__, 2006.

2

(SEAL)

Jenni B Carouthers

Notary Public
My Commission Expires: _____

MY COMMISSION EXPIRES JUNE 9, 2007

3