**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 21, 2006

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Henry C. Morris v. Pfizer Inc. et al
**Case Number:**   2:06cv349-VPM

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached without the exhibits.**

**The exhibits to the main PDF document are attached to this notice for your review. Reference is made to document # 5 filed on April 17, 2006.**