# EXHIBIT

# 4

## AFFIDAVIT OF ROD McWHORTER

STATE OF ALABAMA )
)
COUNTY OF Pike )

I, Rod McWhorter, under penalty of perjury, state as follows:

1. I am over the age of eighteen years and am otherwise competent to make this affidavit. This affidavit is based upon my personal knowledge.

2. I am currently employed as a pharmaceutical sales representative (also known as a "detailer") for Pfizer Inc ("Pfizer"). I have been employed by Pfizer as a detailer since 2002.

3. As a detailer, I visit physicians and healthcare providers' offices and provide them FDA-approved package inserts and other FDA-approved information about Pfizer's products, which is referred to as "detailing." My job is to make the physician aware of certain of Pfizer's products, so that he or she can consider whether to prescribe them for particular patients.

4. I am not a physician or pharmacist. I have no specialized medical or pharmacological education. The information and material I use to detail Pfizer's drugs is derived exclusively from education provided to me by Pfizer. Pfizer provides me with the FDA-approved package inserts and other FDA-approved information for the medications I detail. I have no involvement in the development

or preparation of package inserts for any drugs, and no control over content or other written warnings.

5. I have never detailed the prescription pharmaceuticals Celebrex® or Bextra® to any physician in my capacity as a pharmaceutical sales representative for Pfizer.

6. At no time did I have any involvement with the design, manufacture, development or testing of the prescription medication Celebrex® or Bextra®, nor did I have any involvement in the FDA- approved package insert for Celebrex® or Bextra®.

7. At no time did I ever sell, offer to sell, or take orders for the sale of Celebrex® or Bextra® to health care providers, physicians or patients.

8. I have never made any presentations to the general public concerning Celebrex® or Bextra®.

ROD MCWHORTER

Before me, the undersigned Notary Public, came Rod McWhorter, who is known to me, and who first being duly sworn, deposed and stated that the averments of this affidavit are true and correct, and who executed this affidavit in my person and present with his hand and seal, on this the ___ day of April, 2006.

2



Notary Public
My Commission Expires: _____

My Commission Expires September 23, 2009

3

## AFFIDAVIT OF BEN McCLURKIN

STATE OF ALABAMA      )
                      )
COUNTY OF _____ )

I, Ben McClurkin, under penalty of perjury, state as follows:

1. I am over the age of eighteen years and am otherwise competent to make this affidavit. This affidavit is based upon my personal knowledge.

2. I am currently employed as a pharmaceutical sales representative (also known as a "detailer") for Pfizer Inc ("Pfizer"). I have been employed by Pfizer as a detailer since 2004.

3. As a detailer, I visit physicians and healthcare providers' offices and provide them FDA-approved package inserts and other FDA-approved information about Pfizer's products, which is referred to as "detailing." My job is to make the physician aware of certain of Pfizer's products, so that he or she can consider whether to prescribe them for particular patients.

4. I am not a physician or pharmacist. I have no specialized medical or pharmacological education. The information and material I use to detail Pfizer's drugs is derived exclusively from education provided to me by Pfizer. Pfizer provides me with the FDA-approved package inserts and other FDA-approved information for the medications I detail. I have no involvement in the development

or preparation of package inserts for any drugs, and no control over content or other written warnings.

5. I have never detailed the prescription pharmaceuticals Celebrex® or Bextra® to any physician in my capacity as a pharmaceutical sales representative for Pfizer.

6. At no time did I have any involvement with the design, manufacture, development or testing of the prescription medication Celebrex® or Bextra®, nor did I have any involvement in the FDA-approved package insert for Celebrex® or Bextra®.

7. At no time did I ever sell, offer to sell, or take orders for the sale of Celebrex® or Bextra® to health care providers, physicians or patients.

8. I have never made any presentations to the general public concerning Celebrex® or Bextra®.

*/s/ Ben McClurkin*
BEN McCLURKIN

Before me, the undersigned Notary Public, came Ben McClurkin, who is known to me, and who first being duly sworn, deposed and stated that the averments of this affidavit are true and correct, and who executed this affidavit in my person and present with his hand and seal, on this the __17__ day of __April__, 2006.

*/s/*

2

(SEAL)                                Notary Public          NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                      My Commission Expires: MY COMMISSION EXPIRES: May 11, 2009
                                                             BONDED THRU NOTARY PUBLIC UNDERWRITERS

3