IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 ... 17 P 4:00

| | |
|---|---|
| HENRY C. MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | |
| ) | CV 2:06cv349-VPM |
| ) | |
| PFIZER, INC., PHARMACIA ) | |
| CORPORATION; MONSTANTO ) | |
| COMPANY; G.D. SEARLE, LLC; ) | |
| ROBERT VANDELUNE; SAMUEL ) | |
| KLEMENT; JAMIE PEACOCK; ) | |
| BEN MCCLURKIN; ROD MCWHORTER;) | |
| AND TIFFANY GUCKENBERG, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorneys for Defendants, hereby certify that on April 17, 2006, pursuant to 28 U.S.C. § 1446(d), Defendants caused to be filed with the Clerk of Court for the Circuit Court of Barbour County, Alabama, a copy of the Notice of Removal to the United States District Court for the Middle District of Alabama, Northern Division, a copy of said state court Certificate of Filing Notice of Removal is attached hereto.

Respectfully submitted,

Lawrence B. Clark
Jason Asbell

B ESM1 707663 v1
2902026-000045 04/17/2006

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile (205) 322-8007

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, a copy of the foregoing was served upon all counsel of record via U.S. Mail, postage prepaid:

Mr. Navan Ward, Jr.
BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

/s/
OF COUNSEL

B ESM1 707663 v1
2902026-000045 04/17/2006