IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

| | |
|---|---|
| HENRY C. MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | |
| ) | CV-06-019 |
| PFIZER, INC., PHARMACIA ) | |
| CORPORATION; MONSTANTO ) | |
| COMPANY; G.D. SEARLE, LLC; ) | |
| ROBERT VANDELUNE; SAMUEL ) | |
| KLEMENT; JAMIE PEACOCK; ) | |
| BEN MCCLURKIN; ROD MCWHORTER; ) | |
| AND TIFFANY GUCKENBERG, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF FILING NOTICE OF REMOVAL

The undersigned attorney for Defendants, hereby certify that on April 17, 2006, Defendants caused to be filed with the Clerk of the Court for the Court of Barbour County, Alabama, a Notice of Removal to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted,

Lawrence B. Clark
Jason Asbell

B ESM1 707655 v1
2902026-000045 04/17/2006

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile (205) 322-8007

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, a copy of the foregoing was served upon all counsel of record via U.S. Mail, postage prepaid:

Mr. Jere L. Beasley
Mr. Andy D. Birchfield, Jr.
Mr. Navan Ward, Jr.
Mr. Paul Sizemore
Mr. Gerald B. Taylor, Jr.
BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL