**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 25, 2006

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Henry C. Morris vs. Pfizer, Inc.
Civil Action No. 2:06cv349-VPM

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now **2:06cv349-MEF**. This new case number should be used on all future correspondence and pleadings in this action.