IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY C. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-349-MEF |
| | ) | |
| PFIZER, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #2) filed on April 20, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before May 10, 2006. The plaintiff may file a reply brief on or before May 17, 2006.

DONE this 27th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE