

FILED

2006 Apr-25 PM 08:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case ...084...-MEF-SRW    Document 24    Filed 03/13/2006    Page ... of ...

FILED
FEB 2 1 2006

RECEIVED

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 4 2006

FILED
CLERK'S OFFICE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1699

2:05CV841

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 70 actions listed on Schedule A to vacate the Panel's orders conditionally transferring the actions to the Northern District of California for inclusion in the Section 1407 proceedings occurring there in this docket. Defendants[1] favor inclusion of these actions in MDL-1699 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Northern District of California. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Northern District of California was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising from the ingestion of Bextra and/or Celebrex as well as claims relating to the sales and marketing of these prescription medications. *See In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, 391 F.Supp.2d 1377 (J.P.M.L. 2005).

Some opposing plaintiffs argue that the presence of individual and/or local questions of fact as well as differing legal theories should militate against inclusion of these actions in MDL-1699 proceedings. We are unpersuaded by these arguments. Inclusion of these actions in Section 1407 proceedings has the salutary effect of placing all the related actions before a single judge who can

---

[1] Pfizer Inc., Pharmacia Corp., and G.D. Searle, LLC.



**EXHIBIT**

E

- 2 -

formulate a pretrial program that: 1) prevents repetition of previously considered matters; 2) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 3) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *See In re StarLink Corn Products Liability Litigation*, 152 F.Supp.2d 1378 (J.P.M.L. 2001). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district. Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L.,199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Charles R. Breyer for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

## SCHEDULE A

MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

### Middle District of Alabama

*Katie Thomas v. Pfizer, Inc., et al.*, C.A. No. 2:05-824
*Rosa M. Nelson v. Pfizer, Inc., et al.*, C.A. No. 2:05-832
*Ozzie Jackson v. Pfizer, Inc., et al.*, C.A. No. 2:05-841 ✓
*William Randolph Hall, Sr., etc. v. Pfizer, Inc., et al.*, C.A. No. 2:05-941

### Western District of Kentucky

*Roger G. Ewing v. Pfizer, Inc.*, C.A. No. 3:05-598

### Eastern District of Louisiana

*Raymond Audler, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:05-2436

### Western District of Louisiana

*Gayle Swilley, et al. v. Pfizer, Inc.*, C.A. No. 1:05-761

### Eastern District of Missouri

*Vern Bowers v. Pfizer, Inc., et al.*, C.A. No. 4:05-1302
*Edward Vitt v. Pfizer, Inc., et al.*, C.A. No. 4:05-1303
*Georgette Asbury v. Pharmacia Corp., et al.*, C.A. No. 4:05-1602
*Brenda Bryan v. Monsanto Co., et al.*, C.A. No. 4:05-1603
*Frances D. Bangs v. Pharmacia Corp., et al.*, C.A. No. 4:05-1604
*J.C. Bunch v. Pharmacia Corp., et al.*, C.A. No. 4:05-1605
*Kathy Dimick v. Pharmacia Corp., et al.*, C.A. No. 4:05-1606
*Marla Harper v. Monsanto Co., et al.*, C.A. No. 4:05-1607
*Beverly Mitchell v. Monsanto Co., et al.*, C.A. No. 4:05-1608
*Sonja Mooberry v. Monsanto Co., et al.*, C.A. No. 4:05-1609
*Helen Zdrakovich v. Pfizer, Inc., et al.*, C.A. No. 4:05-1610
*Jewell Allen v. Pfizer, Inc., et al.*, C.A. No. 4:05-1611
*John Beaber v. Pfizer, Inc., et al.*, C.A. No. 4:05-1612
*Leonard Berry v. Pfizer, Inc., et al.*, C.A. No. 4:05-1613
*Rogelio Caldera v. Pfizer, Inc., et al.*, C.A. No. 4:05-1614
*Sybil Ball v. Monsanto Co., et al.*, C.A. No. 4:05-1615
*Henry Cooper v. Pfizer, Inc., et al.*, C.A. No. 4:05-1617
*Eugene Clervi v. Pfizer, Inc., et al.*, C.A. No. 4:05-1619
*Alberta Cox v. Pfizer, Inc., et al.*, C.A. No. 4:05-1620
*Linda Douglas v. Pfizer, Inc., et al.*, C.A. No. 4:05-1621
*Robert Gordon v. Pfizer, Inc., et al.*, C.A. No. 4:05-1622
*Betty Jo Green v. Pfizer, Inc., et al.*, C.A. No. 4:05-1623

- A2 -

## Eastern District of Missouri (Continued)

*Hazel Humphrey v. Pfizer, Inc., et al.*, C.A. No. 4:05-1624
*Rudean Hurt v. Pfizer, Inc., et al.*, C.A. No. 4:05-1625
*Robert Kraemer v. Pfizer, Inc., et al.*, C.A. No. 4:05-1626
*Brenda Mahone v. Pfizer, Inc., et al.*, C.A. No. 4:05-1627
*Leonard Mask v. Pfizer, Inc., et al.*, C.A. No. 4:05-1628
*Dolores McNearney v. Pfizer, Inc., et al.*, C.A. No. 4:05-1629
*Daniel Moser v. Pfizer, Inc., et al.*, C.A. No. 4:05-1630
*Dolly Peterson v. Pfizer, Inc., et al.*, C.A. No. 4:05-1631
*Lilly Pierce v. Pfizer, Inc., et al.*, C.A. No. 4:05-1632
*Timothy Tarpley v. Pfizer, Inc., et al.*, C.A. No. 4:05-1633
*William Washington v. Pfizer, Inc., et al.*, C.A. No. 4:05-1634
*Helen Webb v. Pfizer, Inc., et al.*, C.A. No. 4:05-1635
*Raymond Winn v. Pfizer, Inc., et al.*, C.A. No. 4:05-1636
*Jack Backowski v. Monsanto Co., et al.*, C.A. No. 4:05-1637
*Sandy Jeffers v. Monsanto Co., et al.*, C.A. No. 4:05-1638
*Billy Tarlton Lafoon, Jr. v. Pharmacia Corp., et al.*, C.A. No. 4:05-1639
*Patty Welch v. Pfizer, Inc., et al.*, C.A. No. 4:05-1640
*Teresa Whitledge v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1641
*Donna Alubur v. Monsanto Co., et al.*, C.A. No. 4:05-1642
*Sharlene Border v. Monsanto Co., et al.*, C.A. No. 4:05-1643
*Charles Bruun v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1644
*Tireta Johnson v. Monsanto Co., et al.*, C.A. No. 4:05-1645
*Tina McCoy v. Monsanto Co., et al.*, C.A. No. 4:05-1646
*Evelina Anderson, et al. v. Monsanto Co., et al.*, C.A. No. 4:05-1647
*Deborah Caywood, et al. v. Monsanto Co., et al.*, C.A. No. 4:05-1648
*Don Stobbe v. Monsanto Co., et al.*, C.A. No. 4:05-1649
*Stephanie Shearer v. Monsanto Co., et al.*, C.A. No. 4:05-1650
*John Cogle v. Monsanto Co., et al.*, C.A. No. 4:05-1651
*Thomas DeVault v. Monsanto Co., et al.*, C.A. No. 4:05-1652
*James Dougan v. Monsanto Co., et al.*, C.A. No. 4:05-1653
*Margaret Hamilton v. Monsanto Co., et al.*, C.A. No. 4:05-1654
*Wanda Newport v. Monsanto Co., et al.*, C.A. No. 4:05-1655
*Phyllis Taylor v. Monsanto Co., et al.*, C.A. No. 4:05-1656
*Thomas Nolan v. Monsanto Co., et al.*, C.A. No. 4:05-1657
*Barbara Singleton v. Monsanto Co., et al.*, C.A. No. 4:05-1658
*Judy McRoberts v. Pfizer, Inc., et al.*, C.A. No. 4:05-1659
*Carol Snowbarger v. Monsanto Co., et al.*, C.A. No. 4:05-1660
*William Stutz v. Monsanto Co., et al.*, C.A. No. 4:05-1661
*Margaret White v. Monsanto Co., et al.*, C.A. No. 4:05-1662
*Edward Wilt v. Monsanto Co., et al.*, C.A. No. 4:05-1663
*Ardella Heckman v. Monsanto Co., et al.*, C.A. No. 4:05-1664

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**RECEIVED**

NOV - 8 2005

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

November 3, 2005

TO INVOLVED COUNSEL

Re: MDL-1699-- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-3)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: November 18, 2005** (4 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _Dana L. Stewart_
Deputy Clerk

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1699*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-3)*

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court
for the Northern District of California for coordinated or consolidated pretrial proceedings
pursuant to 28 U.S.C. § 1407. Since that time, 100 additional actions have been transferred to
the Northern District of California. With the consent of that court, all such actions have been
assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are
common to the actions previously transferred to the Northern District of California and assigned
to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
Northern District of California for the reasons stated in the order of September 6, 2005, ___F.
Supp. 2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable
Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the Northern District of California. The transmittal of this order to said
Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of
opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be
continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

SCHEDULE CTO-3 - TAG-ALONG ACTIONS
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**                    **CASE CAPTION**

**ALABAMA MIDDLE**
  ALM 2  05-824          Katie Thomas v. Pfizer, Inc., et al.
  ALM 2  05-832          Rosa M. Nelson v. Pfizer, Inc., et al.
  ALM 2  05-841          Ozzie Jackson v. Pfizer, Inc., et al.
  ALM 2  05-941          William Randolph Hall, Sr., etc. v. Pfizer, Inc., et al.

**ALABAMA NORTHERN**
  ALN 4  05-2041         Kimberly Campbell, etc. v. Pfizer, Inc., et al.
  ALN 7  05-1280         Samanthia Russell v. G.D. Searle, LLC, et al.

**ALABAMA SOUTHERN**
  ALS 2  05-542          Ann Beverly, etc. v. Pfizer, Inc., et al.

**ARKANSAS EASTERN**
  ARE 4  05-1279         Claude Griffin v. Pfizer, Inc.

**FLORIDA MIDDLE**
  FLM 6  05-1425         Diane Marshall, etc. v. Pfizer, Inc., et al.

**FLORIDA SOUTHERN**
  FLS 1  05-22483        Joan H. Grimsley v. Pfizer, Inc.

**ILLINOIS SOUTHERN**
  ILS 3  05-706          Juanita Allen, et al. v. Pfizer, Inc., et al.

**KANSAS**
  KS 2  05-2337          Elizabeth Winlaw, etc. v. Pharmacia & Upjohn Co., et al.

**KENTUCKY WESTERN**
  KYW 3  05-598          Roger G. Ewing v. Pfizer, Inc.
  KYW 5  05-193          James Hill v. Pfizer, Inc.

**LOUISIANA EASTERN**
  LAE 2  05-1873         Albert Stockfelt, et al. v. Pfizer, Inc.
  LAE 2  05-2114         Sandy Kenny v. Pfizer, Inc.
  LAE 2  05-2138         Ronald P. Lockwood v. Pfizer, Inc.
  LAE 2  05-2436         Raymond Audler, et al. v. Pfizer, Inc., et al.
  LAE 2  05-3669         Philip Burnson, Jr., et al. v. Pfizer, Inc.
  LAE 2  05-3977         Charles C. Foti, Jr., et al. v. Pfizer, Inc.
  LAE 2  05-4214         Cafray Richard, et al. v. Pfizer, Inc.

**MINNESOTA**
  MN 0  05-2306          Margaret Allen, et al. v. Pfizer, Inc.
  MN 0  05-2326          Robert Wilson v. Pfizer, Inc.

SCHEDULE CTO-3 - TAG-ALONG ACTIONS MDL-1699

**DIST. DIV. C.A. #**          **CASE CAPTION**

**MISSOURI EASTERN**

| | | |
|---|---|---|
| MOE 1 | 05-165 | Vernice T. Brasher v. Pfizer, Inc., et al. |
| MOE 4 | 05-1302 | Vern Bowers v. Pfizer, Inc., et al. |
| MOE 4 | 05-1343 | Donald Cross, et al. v. G.D. Searle, LLC, et al. |
| MOE 4 | 05-1601 | Leo L. Koester, et al. v. Pfizer, Inc., et al. |
| MOE 4 | 05-1602 | Georgette Asbury v. Pharmacia Corp., et al. |
| MOE 4 | 05-1603 | Brenda Bryan v. Monsanto Co., et al. |
| MOE 4 | 05-1604 | Frances D. Bangs v. Pharmacia Corp., et al. |
| MOE 4 | 05-1605 | J.C. Bunch v. Pharmacia Corp., et al. |
| MOE 4 | 05-1606 | Kathy Dimick v. Pharmacia Corp., et al. |
| MOE 4 | 05-1607 | Marla Harper v. Monsanto Co., et al. |
| MOE 4 | 05-1608 | Beverly Mitchell v. Monsanto Co., et al. |
| MOE 4 | 05-1609 | Sonja Mooberry v. Monsanto Co., et al. |
| MOE 4 | 05-1610 | Helen Zdrakovich v. Pfizer, Inc., et al. |
| MOE 4 | 05-1611 | Jewell Allen v. Pfizer, Inc., et al. |
| MOE 4 | 05-1612 | John Beaber v. Pfizer, Inc., et al. |
| MOE 4 | 05-1613 | Leonard Berry v. Pfizer, Inc., et al. |
| MOE 4 | 05-1614 | Rogelio Caldera v. Pfizer, Inc., et al. |
| MOE 4 | 05-1615 | Sybil Ball v. Monsanto Co., et al. |
| MOE 4 | 05-1617 | Henry Cooper v. Pfizer, Inc., et al. |
| MOE 4 | 05-1619 | Eugene Clervi v. Pfizer, Inc., et al. |
| MOE 4 | 05-1620 | Alberta Cox v. Pfizer, Inc., et al. |
| MOE 4 | 05-1621 | Linda Douglas v. Pfizer, Inc., et al. |
| MOE 4 | 05-1622 | Robert Gordon v. Pfizer, Inc., et al. |
| MOE 4 | 05-1623 | Betty Jo Green v. Pfizer, Inc., et al. |
| MOE 4 | 05-1624 | Hazel Humphrey v. Pfizer, Inc., et al. |
| MOE 4 | 05-1625 | Rudean Hurt v. Pfizer, Inc., et al. |
| MOE 4 | 05-1626 | Robert Kraemer v. Pfizer, Inc., et al. |
| MOE 4 | 05-1627 | Brenda Mahone v. Pfizer, Inc., et al. |
| MOE 4 | 05-1628 | Leonard Mask v. Pfizer, Inc., et al. |
| MOE 4 | 05-1629 | Dolores McNearney v. Pfizer, Inc., et al. |
| MOE 4 | 05-1630 | Daniel Moser v. Pfizer, Inc., et al. |
| MOE 4 | 05-1631 | Dolly Peterson v. Pfizer, Inc., et al. |
| MOE 4 | 05-1632 | Lilly Pierce v. Pfizer, Inc., et al. |
| MOE 4 | 05-1633 | Timothy Tarpley v. Pfizer, Inc., et al. |
| MOE 4 | 05-1634 | William Washington v. Pfizer, Inc., et al. |
| MOE 4 | 05-1635 | Helen Webb v. Pfizer, Inc., et al. |
| MOE 4 | 05-1636 | Raymond Winn v. Pfizer, Inc., et al. |
| MOE 4 | 05-1637 | Jack Backowski v. Monsanto Co., et al. |
| MOE 4 | 05-1638 | Sandy Jeffers v. Monsanto Co., et al. |
| MOE 4 | 05-1639 | Billy Tarlton Lafoon, Jr. v. Pharmacia Corp., et al. |
| MOE 4 | 05-1640 | Patty Welch v. Pfizer, Inc., et al. |
| MOE 4 | 05-1641 | Teresa Whitledge v. G.D. Searle, LLC, et al. |
| MOE 4 | 05-1642 | Donna Alubur v. Monsanto Co., et al. |
| MOE 4 | 05-1643 | Sharlene Border v. Monsanto Co., et al. |
| MOE 4 | 05-1644 | Charles Bruun v. G.D. Searle, LLC, et al. |
| MOE 4 | 05-1645 | Tireta Johnson v. Monsanto Co., et al. |
| MOE 4 | 05-1646 | Tina McCoy v. Monsanto Co., et al. |
| MOE 4 | 05-1647 | Evelina Anderson, et al. v. Monsanto Co., et al. |
| MOE 4 | 05-1648 | Deborah Caywood, et al. v. Monsanto Co., et al. |
| MOE 4 | 05-1649 | Don Stobbe v. Monsanto Co., et al. |
| MOE 4 | 05-1650 | Stephanie Shearer v. Monsanto Co., et al. |
| MOE 4 | 05-1651 | John Cogle v. Monsanto Co., et al. |
| MOE 4 | 05-1652 | Thomas DeVault v. Monsanto Co., et al. |
| MOE 4 | 05-1653 | James Dougan v. Monsanto Co., et al. |
| MOE 4 | 05-1654 | Margaret Hamilton v. Monsanto Co., et al. |
| MOE 4 | 05-1655 | Wanda Newport v. Monsanto Co., et al. |

SCHEDULE CTO-3 - TAG-ALONG ACTIONS MDL-1699

Page 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MOE 4 05-1656 | Phyllis Taylor v. Monsanto Co., et al. |
| MOE 4 05-1657 | Thomas Nolan v. Monsanto Co., et al. |
| MOE 4 05-1658 | Barbara Singleton v. Monsanto Co., et al. |
| MOE 4 05-1659 | Judy McRoberts v. Pfizer, Inc., et al. |
| MOE 4 05-1660 | Carol Snowbarger v. Monsanto Co., et al. |
| MOE 4 05-1661 | William Stutz v. Monsanto Co., et al. |
| MOE 4 05-1662 | Margaret White v. Monsanto Co., et al. |
| MOE 4 05-1663 | Edward Wilt v. Monsanto Co., et al. |
| MOE 4 05-1664 | Ardella Heckman v. Monsanto Co., et al. |
| MOE 4 05-1774 | Tresa J. Abney v. Pfizer, Inc., et al. |

MISSOURI WESTERN
| MOW 2 05-4314 | Linda M. Salas v. Pfizer, Inc. |
|---|---|
| MOW 4 05-855 | William Banning, et al. v. Pfizer, Inc. |
| MOW 4 05-856 | Mary McKinney v. Pfizer, Inc. |
| MOW 4 05-857 | Phillip Kanngiesser, et al. v. Pfizer, Inc. |
| MOW 4 05-858 | John Ryan, et al. v. Pfizer, Inc. |
| MOW 4 05-958 | Maisie Cavanah, et al. v. Pfizer, Inc. |
| MOW 4 05-959 | Barbara Goddard, et al. v. Pfizer, Inc. |
| MOW 6 05-3455 | Ron M. Lipe v. Pfizer, Inc., et al. |

MISSISSIPPI SOUTHERN
| MSS 1 05-256 | Kathleen Cote, etc. v. G.D. Searle, LLC, et al. |
|---|---|
| MSS 1 05-397 | Margaret Stockert v. Pharmacia Corp., et al. |
| MSS 2 03-247 | Leona McFarland, et al. v. Merck & Co., Inc., et al. |
| MSS 2 03-249 | Bettye J. Magee, et al. v. Merck & Co., Inc., et al. |
| MSS 2 05-128 | Hugh Rankin Collins, et al. v. Pharmacia Corp., et al. |
| MSS 5 05-65 | Velma L. Lee v. Pfizer, Inc. |
| MSS 5 05-110 | Ernest Lee Pennebaker, Jr. v. Pfizer, Inc. |

NEW JERSEY
| NJ 2 05-3744 | Roseanne Sachs, et al. v. Pfizer, Inc. |
|---|---|

NEW YORK SOUTHERN
| NYS 1 05-7542 | Cheryl Benford, et al. v. Pfizer, Inc. |
|---|---|
| NYS 1 05-7543 | Toni Skinner, et al. v. Pfizer, Inc. |
| NYS 1 05-7544 | Ronald Lipe, et al. v. Pfizer, Inc. |
| NYS 1 05-8030 | Henry Routh, et al. v. Pfizer, Inc., et al. |
| NYS 1 05-8097 | Maryann Sweeney, etc. v. Pfizer, Inc. |
| NYS 1 05-8491 | Marla Murphy v. Pfizer, Inc. |

OREGON
| OR 3 05-1517 | Linda Armstrong, et al. v. Pfizer, Inc. |
|---|---|

PENNSYLVANIA WESTERN
| PAW 1 05-270 | Priscilla M. Chetoni, et al. v. Pfizer, Inc. |
|---|---|

TEXAS EASTERN
| TXE 1 05-641 | Gerald Russell, et al. v. Pfizer, Inc. |
|---|---|
| TXE 1 05-671 | Martha Ward v. Pfizer, Inc., et al. |
| TXE 1 05-672 | James W. Betz, etc. v. Pfizer, Inc., et al. |
| TXE 2 05-425 | Donald Lynn Browne, et al. v. Pfizer, Inc. |
| TXE 6 05-358 | Mary Beth Hooper, etc. v. Pfizer, Inc., et al. |

TEXAS NORTHERN
| TXN 3 05-736 | Judy Jones, et al. v. Pfizer, Inc., et al. |
|---|---|

SCHEDULE CTO-3 - TAG-ALONG ACTIONS MDL-1699

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS SOUTHERN** | |
| TXS 7 05-149 | Santos Villarreal Layton v. Dario Arango, M.D., et al. |
| **TEXAS WESTERN** | |
| TXW 1 05-411 | Robert Eugene German, et al. v. Pfizer, Inc. |
| TXW 5 05-796 | Sylvester Torres v. G.D. Searle & Co., et al. |
| **UTAH** | |
| UT 1 05-93 | Dennis P. Jensen v. Pfizer, Inc. |

INVOLVED COUNSEL LIST (CTO-3)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

T. Scott Allen
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019

John A. Anderson
Stoel Rives, LLP
201 South Main Street
Suite 1100
Salt Lake City, UT 84111-4904

Bryan F. Aylstock
Aylstock Witkin & Sasser
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Charles F. Barrett
Barrett Law Office, P.A.
One Burton Hill Boulevard, Suite 380
Nashville, TN 37215

Don Barrett
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Keith T. Belt, Jr.
Bohanan & Belt, PC
2151 Highland Avenue, Suite 310
Birmingham, AL 35205

Leslie A. Benitez
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Scott S. Bethune
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jane Elizabeth Bockus
Clark Thomas & Winters
McCombs Plaza, Suite 165
755 East Mulberry
San Antonio, TX 78212

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street, P.O. Box 26005
Beaumont, TX 77720-6005

Walter H. Boone
Forman, Perry, Watkins, et al.
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue, Suite 1125
Portland, OR 97204

Carol D. Browning
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

Stephen W. Burrow
Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd., Ste. 1300
St. Louis, MO 63117

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

John C. Calhoun
Hilburn, Calhoun, Harper, Pruniski
& Calhoun, Ltd.
P.O. Box 5551
800 U.S. Bank Building
N. Little Rock, AR 72119-5551

Rodney G. Cater
Cater & Willis
3723 Canal St.
New Orleans, LA 70190

Jay S. Ciaccio
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Joseph S. Cohen
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056-3000

John Michael Coleman
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Joseph R. Colingo
Joseph R. Colingo Law Firm
707 Watts Avenue, P.O. Box 80
Pascagoula, MS 39568

Philip Francis Cossich, Jr.
Cossich, Sumich & Parsiola, LLC
P.O. Box 400
8056 Highway 23, Suite 200
Belle Chasse, LA 70037

William R. Couch
Deakle-Couch Law Firm
802 Main Street
P.O. Box 2072
Hattiesburg, MS 39401

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Mark Crampton
Crampton & Associates, P.C.
3755 South Capital of Texas Hwy.
Suite 200
Austin, TX 78704

Michael D'Lugo
Wicker, Smith, O'Hara, McCoy,
Graham & Ford, P.A.
390 North Orange Avenue, Suite 1000
P.O. Box 2753
Orlando, FL 32802-2753

INVOLVED COUNSEL LIST (CTO-3) MDL-1699

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Samuel L. Davis
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, NJ 07666

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent, Ste. 2200
San Antonio, TX 78205

Dimple Harendra Desai
Law Office of Dimple Harendra Desai
2901 City Place West Blvd., Suite 436
Dallas, TX 75204

Luke Dove
Dove & Chill
4266-I-55 North, Suite 108
Jackson, MS 39211

James V. Doyle, Jr.
K. Stephen Jackson, PC
Black Diamond Building
2229 First Avenue, North
Birmingham, AL 35203

James R. Dugan, II
Dugan & Brown, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Walter C. Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney, Suite 1800
Houston, TX 77010

Wendy Fleishman
Lieff, Cabraser, Heimann
& Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

Jack Michael Fribley
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Michael T. Gallagher
Gallagher Law Firm, P.C.
777 Walker Street, Suite 2500
Houston, TX 77002

Gary J. Gambel
Murphy, Rogers & Sloss
One Shell Square
701 Poydras Street, Suite 400
New Orleans, LA 70139

Alberto Tover Garcia, III
Law Office of Alberto T. Garcia, III
10125 North 10th Street, Suite E
McAllen, TX 78504

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33601-3239

C. Edward Gibson, IV
Gibson Law Firm
P.O. Box 3493
Jackson, MS 39207-3493

Brad Goheen
Bryant & Kautz, P.S.C.
P.O. Box 1876
601 Washington Street
Paducah, KY 42002-1876

Tim K. Goss
Capshaw Goss & Bowers
3031 Allen St., Suite 200
Dallas, TX 75204

Shelby D. Goza
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

D. Collier Graham, Jr.
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Marvin Gros
807 Railroad Avenue
P.O. Box 1040
Donaldsville, LA 70346

Lawrence C. Gunn, Jr.
P.O. Box 1588
Hattiesburg, MS 39403-1588

Todd S. Hageman
Simon & Passanante, PC
701 Market Street, Suite 1450
St. Louis, MO 63101

L. Carl Hagwood
Wilkins, Stephens & Tipton, PA
P.O. Box 4537
Greenville, MS 38704-4537

Tianna S. Hill
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Brian Todd Hoyle
Brown McCarroll
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999

John F. Hughes
Wilkins, Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429

INVOLVED COUNSEL LIST (CTO-3) MDL-1699

John Andrew Hutton
Clark Thomas & Winters
P. O. Box 1148
Austin, TX 78767-1148

Lynn W. Jinks, III
Jinks, Daniel & Crow, L.L.C.
P.O. Box 350
Union Springs, AL 36089-0350

Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler, Snow, O'Mara, et al.
P.O. Box 22567
Jackson, MS 39225-2567

Harvey L. Kaplan
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

Steven A. Karg
Norris, McLaughlin & Marcus, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Charles Lampin
Kell Lampin LLC
4700 Mexican Road
St. Peters, MO 63376

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Michael A. London
Douglas & London
111 John Street, Suite 1400
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Douglas Drew Malone
Armstrong Allen
4450 Old Canton Road, Suite 210
Jackson, MS 39236-4028

Collin Michael Maloney
Ireland, Carroll & Kelley
6101 S. Broadway, Suite 500
Tyler, TX 75703

F. Gerald Maples
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA 70113

David P. Matthews
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Andrew G. McCullough
Markow Walker, P.A.
599 Highland Colony Pkwy., Suite 100
Ridgeland, MS 39157

David M. McMullan, Jr.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

J. Leray McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Michael Chad Moore
Quintairos, Prieto, Wood & Boyer
125 South Congress Street, Suite 1650
Jackson, MS 39201

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112-4000

Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St., P.O. Box 651
Jackson, MS 39205-0651

Richard F. O'Malley, Jr.
Sidley, Austin, Brown & Wood, LLP
10 South Dearborn Street, 48th Floor
Chicago, IL 60603

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Rene O. Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, TX 78520

INVOLVED COUNSEL LIST (CTO-3) MDL-1699

Joe S. Owen
Owen & Galloway, PLLC
P.O. Drawer 420
Gulfport, MS 39502-0420

Francisco H. Perez
Louisiana Department of Health
& Hospitals
Bureau of Legal Services
P.O. Box 3836
Baton Rouge, LA 70821

Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Diane V. Pradat
Wilkins, Stephens & Tipton, P.A.
P.O. Box 13429
Jackson, MS 39236-3429

Stephen J. Randall
Randall & Schumacher, PLLP
1012 Grain Exchange Building
400 South 4th Street
Minneapolis, MN 55415

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Louisville, KY 40202

Grady A. Reeves
Cervera, Ralph & Butts
P.O. Box 325
Troy, AL 36081-0325

Philipa M. Remington
Stinnett, Thiebaud & Remington, L.L.P.
1445 Ross Avenue
2500 Fountain Place
Dallas, TX 75202

Joseph C. Rust
Kesler & Rust
36 S. State, Suite 2000
Salt Lake City, UT 84111-1405

Jaime A. Saenz
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78520

Angela M. Seaton
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

David M. Skeens
Walters, Bender, Strohbehn
& Vaughan, P.C.
2500 City Center Square
1100 Main St.
P.O. Box 21688
Kansas City, MO 64196

Leland S. Smith, II
Wilkins, Stephens, & Tipton, P.A.
P.O. Box 13429
Jackson, MS 39236-3429

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P. O. Drawer 23017
Corpus Christi, TX 78403

Charles Q. Socha
Socha, Perczak, Setter
& Anderson, P.C.
Denver Financial Ctr., Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

Robert F. Stacy, Jr.
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Gilbert C. Steindorff, IV
Adams & Reese/Lange Simpson, LLP
2100 3rd Ave., North, Suite 1100
Birmingham, AL 35203-3367

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Jon A. Strongman
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

John R. Stump
Stump, Storey, Callahan, Dietrich
& Spears, P.A.
37 North Orange Avenue, Suite 200
P.O. Box 3388
Orlando, FL 32802-3388

Gayle L. Tanner
Brown McCarroll
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201-6929

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Tyler S. Thompson
Dolt, Thompson, Shepherd
& Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Russell G. Thornton
Stinnett, Thiebaud & Remington, L.L.P.
1445 Ross Avenue
2500 Fountain Place
Dallas, TX 75202

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201-1214

Quentin F. Urquhart, Jr.
Irwin Fritchie Urquhart & Moore, LLC
5555 Hilton Avenue, Suite 620
Baton Rouge, LA 70808

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Michael L. Wade, Jr.
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Brimingham, AL 35203-3367

Paul F. Waldner
Vickery & Waldner, L.L.P.
One Riverway Drive, Suite 1150
Houston, TX 77056

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

D. Michael Wallach
Wallach Andrews Florsheim & Stouffer
Summit Office Park, Suite 300
1300 Summit Avenue
Fort Worth, TX 76102-4418

INVOLVED COUNSEL LIST (CTO-3) MDL-1699

William L. Waller, Sr.
Waller & Waller
P.O. Box 4
220 South President Street
Jackson, MS 39205-0004

Navan Ward, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Juliette V. Wilson
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Valley Title Building
315 Tombigbee Street
Jackson, MS 39205-0750

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123