IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY C. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO: |
| v. | ) | |
| | ) | CV 06-349 |
| PFIZER, INC., PHARMACIA | ) | |
| CORPORATION; MONSTANTO | ) | |
| COMPANY; G.D. SEARLE, LLC; | ) | |
| ROBERT VANDELUNE; SAMUEL | ) | |
| KLEMENT; JAMIE PEACOCK; | ) | |
| BEN MCCLURKIN; ROD MCWHORTER; | ) | |
| AND TIFFANY GUCKENBERG, | ) | |
| | ) | |
| Defendants. | ) | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants Pfizer Inc. and G.D. Searle LLC (improperly captioned in Plaintiff's Complaint as "G.D. Searle, LLC"), submit this Corporate Disclosure Statement, and state:

1. Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer, Inc.'s stock.

2. G.D. Searle LLC is a wholly-owned third tier subsidiary of Pharmacia Corporation.

3. Pharmacia Corporation is a wholly-owned subsidiary of Pfizer Inc. Defendant Monsanto Company, as an entity relevant to this action, changed its name to Pharmacia Corporation in 2000, the same entity herein described.

Dated this 10th day of May, 2006.

                                                Respectfully submitted,

                                                */s/ Lawrence B. Clark*
                                                Lawrence B. Clark
                                                Jason Asbell

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile (205) 322-8007

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, I caused the foregoing to be filed via the CM/ECF system, which will automatically provide electronic notice to the following counsel of record:

Mr. Jere Beasley
Mr. Navan Ward, Jr.
BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

Shane Seaborn
Myron Penn
PENN & SEABORN
P. O. Box 688
Clayton, Alabama 36016

/s/
OF COUNSEL