Case 2:06-cv-00349-MEF-VPM    Document 13-5    Filed 05/10/2006    Page 1 of 2

Case 2:05-cv-00824-MEF-SRW    Document 21    Filed 11/04/2005    Page 2 of 3
Case 2:05-cv-00165-MHT-VPM    Document 20    Filed 04/26/2005    Page 1 of 1

FILED
2006 Apr-26 PM 09:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

YOLANDA KING,                  )
                               )
    Plaintiff,                 )
                               )
v.                             )   CIVIL ACTION NO.
                               )     2:05cv165-T
                               )        (WO)
MERCK & COMPANY, INC., a       )
foreign corporation,           )
et al.,                        )
                               )
    Defendants.                )

ORDER

It is ORDERED that Merck & Co, Inc.'s motion to stay (Doc. No. 8) is granted and that this cause is stayed pending a decision by the MDL panel as to whether this case should be transferred to an MDL court.

DONE, this the 26th day of April, 2005.



/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE



EXHIBIT D

Case 2:06-cv-00349-MEF-VPM   Document 13-5   Filed 05/10/2006   Page 2 of 2
Case 2:05-cv-00824-MEF-SRW   Document 21   Filed 11/04/2005   Page 3 of 3
Case 3:05-cv-00366-MHT-VPM   Document 11   Filed 06/03/2005   Page 1 of 1

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DIANA D. JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv366-T |
| ) | |
| MERCK & CO., INC., a ) | |
| foreign corporation, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

There being no objection, it is ORDERED that defendant Merck & Co., Inc.'s motion to stay (Doc. No. 5) is granted and that this cause is stayed pending transfer to the MDL court.

DONE, this the 3rd day of June, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE