FILED
2006 Apr-25  PM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | GENEVA | SAN FRANCISCO |
| ONE SOUTH DEARBORN | BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO, IL 60603 | CHICAGO | LONDON | SINGAPORE |
| (312) 853 7000 | DALLAS | LOS ANGELES | TOKYO |
| (312) 853 7036 FAX | | NEW YORK | WASHINGTON, DC |

sknutson@sidley.com
(312) 853-4710

FOUNDED 1866

April 11, 2006

**By Facsimile (Letter Only) and Federal Express**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

> Re:     MDL-1699 *In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation*

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Pfizer Inc., by its attorneys, hereby notifies the Panel of the potential tag-along actions in MDL-1699 listed in the attached Schedule A.

Schedule A lists actions that do not include claims against Merck & Co. related to Vioxx.

Enclosed are copies of the complaint and docket sheet for each of the actions listed in Schedule A.  Please do not hesitate to contact me if you have any questions about the above.

Very truly yours,

Sherry A. Knutson

Enclosures

cc:     Counsel of Record (letter only by U.S. Mail)



practicing in affiliation with other Sidley Austin partnerships

## SCHEDULE A

| Div. | C.A. # | Judge | Case Caption |
|------|--------|-------|--------------|

**Northern District of Alabama**

| 01 | 06-703 | Hon. Robert R. Armstrong | Dr. Gene N. Gordon v. G.D. Searle, LLC, a subsidiary of Pharmacia Corporation, a Foreign Corporation; Monsanto Company; Pfizer Inc; Rod Pollard; and fictitious Defendants A, B, C and D. |
|------|--------|--------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

**Eastern District of New York**

| 01 | 06-1479 | Hon. Charles P. Sifton | Carolyn Brown v. Pfizer Inc., and John Does 1 - 20 |
|------|---------|------------------------|----------------------------------------------------|

**Western District of Tennessee**

| 02 | 06-2192 | Hon. Samuel H. Mays, Jr. | The Estate of Clarence King, Deceased; The Estate of Bobby J. Larkins, Deceased; The Estate of Inise R. Southerland, Deceased; Brenda J. Bell; Ina Mae Henry; Ruth A. Gillis; Grady G. Jones; Thomas L. Mitchell; Hayden Vincent Phebus; Raymond S. Potts; Walter L. Raley; Della J. Ray; Robert D. Self; Helen J. Shackelford; Wanda J. Swift; Willie B. White; Mae F. Donald and Stanley D. Taylor v. Pfizer Inc. |
|------|---------|--------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 02 | 06-2193 | Hon. Bernice B. Donald | The Estate of Virginia Grace Miller, Deceased; Gertrude F. Adair; William S. Bell; Maria V. Bitting; Sandra D. Corvin; and Jimmy D. King v. Pfizer Inc. |