

We dedicate ourselves to humanity's quest for longer, healthier, happier lives through innovation in pharmaceutical, consumer and animal health products.

Site Map | Privacy

Search Pfizer.com





Careers with Pfizer Pharmaceutical Sales



Find a Career at Pfizer
▸ Working for Pfizer Pharmaceutical Sales
▫ Training & Development
▫ An Average Day
▫ Benefits & Compensation

Pfizer Pharmaceutical Sales Home
Careers Home
Back to Pfizer.com

# Working for Pharmaceutical Sales

## An Average Day

Home > Working for Pfizer Pharmaceutical Sales > An Average Day

When you join Pfizer's U.S. Pharmaceuticals sales force, you become a member of an elite group. As a Health Care Representative, you'll be selling to one of the highest paid, best educated groups of professionals in the United States - physicians:

- Health Care Representatives routinely make eight to ten calls to physicians and three to four presentations to key hospital personnel on any given day.

- Although approximately 80 percent of your time will be spent selling to physicians, you'll also probably have the opportunity to plan medical speaker programs and/or educational sessions for the medical community.

- You'll spend approximately fifteen percent of your time calling on those in a position to administer, distribute or purchase the products, such as nursing staff, purchasing agents, and managed care administrators.

- During the remaining five percent of your time you'll be managing and planning promotional activities for your territory.



## On The Front Line

"I work hard to be a partner with the physicians I call on. Delivering the most current information on new products and new indications is critical. I host managed care seminars and continuing education programs for physicians and pharmacists to help keep my clients up to date. They've come to count on me to help them find solutions."

Copyright © 2002-2005 Pfizer Inc All rights reserved | Terms of Use

The product information provided in this site is intended only for residents of the United States. The products discussed herein may have different product labeling in different countries.

Pfizer Inc is a pharmaceutical company committed to helping people improve their health by discovering and developing medicines.





PLAINTIFF'S EXHIBIT C