

We dedicate ourselves to humanity's quest for longer, healthier, happier lives through innovation in pharmaceutical, consumer and animal health products.

Site Map | Privacy

Search Pfizer.com




**Find a Career at Pfizer**
- Working for Pfizer Pharmaceutical Sales
  - Training & Development
  - An Average Day
  - Benefits & Compensation

Pfizer Pharmaceutical Sales Home
Careers Home
Back to Pfizer.com

# Working for Pharmaceutical Sales

## Training & Development

Home > Working for Pfizer Pharmaceutical Sales > Training & Development

### The Excellence of USP's Award-Winning Sales Team is Rooted in Thorough Training and Development

It's the same award-winning training and development for which all of Pfizer is known. If you join our team, you'll undergo four separate phases of training during your first six months on the job, all designed to teach you both marketing techniques and clinical applications for our product lines. Because your knowledge of the product is essential to your success, you'll be tested at each phase of training.

#### Phase I

Phase I lays the groundwork for your future as a Health Care Representative, and it is conducted by the Assistant to your Regional Manager. Lasting four to five weeks, it includes an orientation to the sales organization; an introduction to basic sciences, disease states, and pharmacology; product information; and instruction on the use of a laptop computer for territory planning, communication, and product management.

#### Phase II

Phase II finds you at Pfizer's state-of-the-art Arrowwood Conference Center in Rye, New York, where you will attend a class on the life sciences, with a particular focus on microbiology, anatomy, medical terminology and physiology. In addition to the start of a foundation of medical knowledge, this phase will provide you with more information on products, marketing strategies ( including competitive positioning), and territory and business management. Much of Phase II training consists of group discussions and videotaped role plays that focus on selling skills and successful marketing.

#### Phase III

Phase III lets you apply everything you have learned so far. Working closely with your District Sales Manager, you'll organize your territory, refine your selling skills, and begin polishing your selling techniques. Throughout this phase, you'll have homework assignments and be tested weekly on medical applications of Pfizer product lines.

#### Phase IV

Phase IV, also in Arrowwood, gives you the opportunity to discuss basic business strategies in detail with our marketing and medical staff and with regional sales management. During this phase you will be asked to demonstrate some of your newly-acquired selling skills in front of the group.



PLAINTIFF'S EXHIBIT D

If you become involved with our U.S. Pharmaceuticals business, you will find that the educational process is an endless one. The medical community is ever-changing and, as it changes, your knowledge, skills, and techniques may need to change. Advanced phases of training reinforce, build upon, and enhance your initial training.

Copyright © 2002-2005 Pfizer Inc All rights reserved | Terms of Use

The product information provided in this site is intended only for residents of the United States The products discussed herein may have different product labeling in different countries.

Pfizer Inc is a pharmaceutical company committed to helping people improve their health by discovering and developing medicines

