

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |
| sknutson@sidley.com<br>(312) 853-4710 | FOUNDED 1866 | | |

April 21, 2006

**By Facsimile (Letter Only) and Federal Express**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

      Re:   MDL-1699 *In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation*

Dear Clerk of the Panel:

      Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Pfizer Inc., by its attorneys, hereby notifies the Panel of the potential tag-along actions in MDL-1699 listed on the attached Schedule A.

      Schedule A lists actions that do not include claims against Merck & Co. related to Vioxx.

      Enclosed are copies of the complaint and docket sheet for each of the actions listed in Schedule A. Please do not hesitate to contact me if you have any questions about the above.

Very truly yours,

Sherry A. Knutson

Enclosures

cc:   Counsel of Record (letter only by U.S. Mail)



PLAINTIFF'S EXHIBIT A

1 with other Sidley Austin partnerships

## SCHEDULE A

**Div.**  **C.A. #**  **Judge**                             **Case Caption**

### Middle District Alabama

02    06-00349    Hon. Vanzetta P. McPherson          Henry C. Morris, an Individual v. Pfizer Inc.; Pharmacia Corporation; Monsanto Company; G.D. Searle, LLC; Robert VanDeLune; Samuel Klement; Jamie Peacock; Ben McClurkin; Rod McWhorter and Tiffany Guckenbery

### District of Minnesota

00    06-1325    Hon. Joan N. Ericksen              Gerdis Leger, Mildred Leger and Reava Newman v. Pfizer Inc.

00    06-1326    Hon. John R. Tunheim               Richard Brown, Individually and as Representative of the Estate of Ricky Brown, Marjorie P. Dobbins, Individually and as Representative of the Estate of Ricky Dobbins, Zella Forbus, Delores McConnell, Luscious Scott and Willie Scott

00    06-1327    Hon. Donovan W. Frank              Linda Jackson, Tom Jermea, Sr. and Ann Jermea v. Pfizer Inc.

00    06-1328    Hon. Joan N. Ericksen              Jerry L. Crawford and Bobbie Teena Crawford v. Pfizer Inc.

### Southern District of Texas

04    06-01061   Hon. Nancy F. Atlas                Cheryl McCullough and Bryan R. McCullough v. Pfizer Inc., Pharmacia Corporation and G.D. Searle & Co.