# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600


NOTICE OF ERROR


To: Counsel of Record


Case Style: Morris v. Pfizer Inc. et al

Case Number: 2:06-cv-00349-MEF
Referenced Docket Entry - Motion to Expedite  - Doc.  No. 14.

The referenced docket entry was filed electronically  in ERROR  on ***May 25, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because of miscellaneous errors to the document.  Please DISREGARD this docket entry. See Doc. No. 16 for correction.