IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY C. MORRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-349-MEF |
| | ) |
| PFIZER, INC., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Expedite Ruling on Motion to Remand (Doc. #16) filed on May 25, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this 26th day of May, 2006.

                                                  /s/ Mark E. Fuller
                                                CHIEF UNITED STATES DISTRICT JUDGE